FILED
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 588

JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MACIO EDWARDS III ) | |
| ) | Case No. |
| Plaintiff, ) | |
| ) | Judge |
| v. ) | |
| ) | Magistrate Judge |
| OFFICER DANIEL BISGROVE, ) | |
| individually, ) | Jury Demand |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, MACIO EDWARDS III, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendant, OFFICER DANIEL BISGROVE, individually, states as follows:

### COUNT I – EXCESSIVE FORCE

1)   This action is brought pursuant to the Laws of the United States Constitution, specifically 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff accomplished by acts and/or omissions of the Defendant committed under color of law.

2)   Jurisdiction is based on Title 28 U.S.C. §1331 and §1343.

3)   The Plaintiff, MACIO EDWARDS III, was at all relevant times a United States Citizen and a permanent resident of the State of Illinois.

4)   The Defendant, OFFICER DANIEL BISGROVE, was at all relevant times, a duly appointed police officer of the Rockdale (Illinois) Police Department and was acting within his scope of employment and under color of law.

5) On July 7, 2007, the Plaintiff was leaving the residence located at 716 Betula Avenue, Rockdale, Illinois.

6) The Defendant arrived at the residence.

7) The Plaintiff was not committing any crime or breaking any laws.

8) Defendant OFFICER DANIEL BISGROVE asked the Plaintiff for his identification.

9) Without just cause or provocation, Defendant OFFICER DANIEL BISGROVE used pepper spray or mace on the Plaintiff.

10) Without just cause or provocation, Defendant OFFICER DANIEL BISGROVE forced the Plaintiff onto a car.

11) As a result, the Plaintiff was injured.

12) The force used by Defendant OFFICE DANIEL BISGROVE was unprovoked, unnecessary and excessive.

13) Said actions of Defendant OFFICER DANIEL BISGROVE were intentional, willful and wanton.

14) Said actions of Defendant OFFICER DANIEL BISGROVE violated Plaintiff MACIO EDWARDS' Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

15) As a direct and proximate consequence of said conduct of Defendant OFFICER DANIEL BISGROVE, the Plaintiff, MACIO EDWARDS III, suffered a violation of his constitutional rights, fear, emotional anxiety, humiliation, pain, suffering and

monetary loss.

WHEREFORE, the Plaintiff, MACIO EDWARDS III, prays for judgment in his favor and against the Defendant, OFFICER DANIEL BISGROVE, individually, in an amount in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS in compensatory damages and FIVE THOUSAND AND 00/100 ($5,000.00) DOLLARS in punitive damages, plus attorney's fees and costs

### COUNT II - FALSE ARREST

1-12)   The Plaintiff, MACIO EDWARDS III, hereby realleges and incorporates his allegations of paragraphs 1-12 of Count I as his respective allegations of paragraphs 1-12 of Count II as though fully set forth herein.

13)   In order to cover up any use of excessive force, Defendant OFFICER DANIEL BISGROVE  placed the Plaintiff, MACIO EDWARDS III, under arrest.

14)   The Plaintiff was not breaking any laws or committing any crimes.

15)   Said actions of the Defendant violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

16)   The actions of the Defendant were intentional, willful and wanton.

17)   As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff, MACIO EDWARDS III, suffered a violation of his constitutional rights, emotional anxiety, humiliation, fear, pain, suffering and monetary loss.

WHEREFORE the Plaintiff, MACIO EDWARDS III, prays that this Honorable Court grant judgment against the Defendant, OFFICER DANIEL BISGROVE, for compensatory

damages in an amount in excess of TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## JURY DEMAND

The Plaintiff, MACIO EDWARDS III, hereby requests trial by jury.

        Respectfully submitted,

        /s/ Gregory E. Kulis
        GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830