08 C 588

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

In the Matter of                                    Case Number:

Maceo Edwards III,
    Plaintiff,

v.

Officer Daniel Brisgrove,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maceo Edwards III

**FILED**

**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Ronak D. Patel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ /s/ Ronak D. Patel |

| FIRM |
| --- |
| GREGORY E. KULIS & ASSOCIATES, LTD. |

| STREET ADDRESS |
| --- |
| 30 N. LaSalle Street, Suite 2140 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
| --- | --- |
| 6290425 | 312-580-1830 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐