UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACIO EDWARDS, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 588 |
| ) | |
| OFFICER DANIEL BISGROVE, ) | Judge Gettleman |
| individually, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S ANSWER TO COMPLAINT

NOW COMES Defendant, Officer Daniel Bisgrove, by and through his attorney, Gregory S. Mathews and Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., and for his answer to complaint states as follows:

### COUNT I – EXCESSIVE FORCE

1. This action is brought pursuant to the Law of the United States Constitution, specifically 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff accomplished by acts and/or omissions of the Defendant committed under color of law.

   **ANSWER:** Defendant admits the allegations of Paragraph 1.

2. Jurisdiction is based on Title 28 U.S.C. §1331 and §1343.

   **ANSWER:** Defendant admits the allegations of Paragraph 2.

3. The Plaintiff, MACIO EDWARDS III, was at all relevant times a United States Citizen and a permanent resident of the State of Illinois.

   **ANSWER:** Defendant has insufficient information to admit or deny the allegations of Paragraph 3.

4. The Defendant, OFFICER DANIEL BISGROVE, was at all relevant times, a duly appointed police officer of the Rockdale (Illinois) Police Department and was acting within his scope of employment and under color of law.

**ANSWER:** Defendant admits the allegations of Paragraph 4.

5. On July 7, 2007, the Plaintiff was leaving the residence located at 716 Betula Avenue, Rockdale, Illinois.

**ANSWER:** Defendant denies the allegations of Paragraph 5.

6. The Defendant arrived at the residence.

**ANSWER:** Defendant denies the allegations of Paragraph 6.

7. The Plaintiff was not committing any crime or breaking any laws.

**ANSWER:** Defendant denies the allegations of Paragraph 7.

8. Defendant OFFICER DANIEL BISGROVE asked the Plaintiff for his identification.

**ANSWER:** Defendant admits the allegations of Paragraph 8.

9. Without just cause or provocation, Defendant OFFICER DANIEL BISGROVE used pepper spray or mace on the Plaintiff.

**ANSWER:** Defendant denies the allegations of Paragraph 9.

10. Without just cause or provocation, Defendant OFFICER DANIEL BISGROVE forced the Plaintiff onto a car.

**ANSWER:** Defendant denies the allegations of Paragraph 10.

11. As a result, the Plaintiff was injured.

**ANSWER:** Defendant denies the allegations of Paragraph 11.

12. The force used by Defendant OFFICE [sic] DANIEL BISGROVE was unprovoked.

**ANSWER:** Defendant denies the allegations of Paragraph 12.

13. Said actions of Defendant OFFICER DANIEL BISGROVE were intentional, willful and wanton.

**ANSWER:** Defendant denies the allegations of Paragraph 13.

14. Said actions of Defendant OFFICER DANIEL BISGROVE violated Plaintiff MACIO EDWARDS' Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

**ANSWER:** Defendant denies the allegations of Paragraph 14.

15. As a direct and proximate consequence of said conduct of Defendant OFFICER DANIEL BISGROVE, the Plaintiff, MACIO EDWARDS III, suffered a violation of his constitutional rights, fear, emotional anxiety, humiliation, pain, suffering and monetary loss.

**ANSWER:** Defendant denies the allegations of Paragraph 15.

WHEREFORE, Defendant, OFFICER DANIEL BISGROVE denys that the Plaintiff is entitled to the relief requested in the prayer for relief, or to any relief whatsoever, and respectfully requests that the Complaint be dismissed, with prejudice, and that the Defendant be

awarded his costs, fees, and such other and further relief as the Court may deem equitable and just.

## COUNT II – FALSE ARREST

1-12.    The Plaintiff, MACIO EDWARDS III, hereby realleges and incorporates his allegations of paragraphs 1-12 of Count I as his respective allegations of paragraphs 1-12 of Count II as though fully set forth herein.

>    **ANSWER:**    Defendant reasserts his answers to Paragraphs 1-12 of Count I as his answers to Paragraphs 1-12 of Count II.

13.    In order to cover up any use of excessive force, Defendant OFFICER DANIEL BISGROVE placed the Plaintiff, MACIO EDWARDS III, under arrest.

>    **ANSWER:**    Defendant denies the allegations of Paragraph 13.

14.    The Plaintiff was not breaking any laws or committing any crimes.

>    **ANSWER:**    Defendant denies the allegations of Paragraph 14.

15.    Said actions of the Defendant violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

>    **ANSWER:**    Defendant denies the allegations of Paragraph 15.

16.    The actions of the Defendant were intentional, willful and wanton.

>    **ANSWER:**    Defendant denies the allegations of Paragraph 16.

17.     As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff, MACIO EDWARDS III, suffered a violation of his constitutional rights, emotional anxiety, humiliation, fear, pain, suffering and monetary loss.

**ANSWER:**   Defendant denies the allegations of Paragraph 17.

WHEREFORE, Defendant, OFFICER DANIEL BISGROVE denys that the Plaintiff is entitled to the relief requested in the prayer for relief, or to any relief whatsoever, and respectfully requests that the Complaint be dismissed, with prejudice, and that the Defendant be awarded his costs, fees, and such other and further relief as the Court may deem equitable and just.

## **AFFIRMATIVE DEFENSE**

1.     The Plaintiff's claims are barred by the doctrine of qualified immunity.


Respectfully submitted,

DANIEL BISGROVE


By:   /s/ Gregory S. Mathews
       Gregory S. Mathews, One of his attorneys

Gregory S. Mathews
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on May 27, 2008, the foregoing **Defendant's Answer to Complaint** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following: Gregory E. Kulis at kulis_efiling@yahoo.com.

                    /s/ Gregory S. Mathews
GREGORY S. MATHEWS, Attorney Bar # 3127427

Ancel, Glink, Diamond, Bush,
Dicianni & Krafthefer, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 - Fax