UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACIO EDWARDS, III            )<br>                                              )<br>     **Plaintiff,**                    )<br>                                              )   Case No.  08 C 588<br>                                              )<br>OFFICER DANIEL BISGROVE,  )   Judge Gettleman<br>individually,                                )<br>                                              )<br>     **Defendant.**                 ) | |

### NOTICE OF FILING

TO:   Gregory S. Matthews
        Ancel Glink
        140 S. Dearborn Street, Suite 600
        Chicago, Illinois 60603

PLEASE TAKE NOTICE that on this 17th day of June, 2008, I caused to be filed with the Clerk of the District Court for the Northern District of Illinois, the Joint Status Report, a copy of which is attached hereto.

/s/Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 17th day of June, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned attorney(s) by electronically filing this notice with the United States District Court by 11:59 p.m. on above mentioned date.

/s/ Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

S:\Federal Cases\Edwards v. Brisgrove\Pleadings\Notice.of.Filing.doc