**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Macio Edwards III

        Plaintiff,

v.

Daniel Bisgrove

        Defendant.

Case No.: 1:08−cv−00588
Honorable Robert W. Gettleman

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.

Dated: June 23, 2008

/s/ Robert W. Gettleman

United States District Judge