**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MACIO EDWARDS, III** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.  08 C 588** |
| | ) | |
| **OFFICER DANIEL BISGROVE,** | ) | **Judge Gettleman** |
| **individually,** | ) | |
| | ) | **Magistrate Judge Cox** |
| | ) | |
| **Defendant.** | ) | |

**INITIAL JOINT STATUS REPORT**

1.     **Nature of the claims**:  Plaintiff's Complaint asserts Section 1983 claims for excessive force and false arrest.  Defendant has denied the Plaintiff's claims and has asserted the affirmative defense of qualified immunity.  There are no counterclaims in this matter.

2.     **Relief sought:**  Plaintiff is seeking monetary relief.  Computation of damages is not yet available.

3.     **Referral order**:  This matter has been referred to Magistrate Judge Honorable Susan E. Cox  for the purpose of holding proceedings related to discovery supervision and settlement.

4.     **Briefing status**:  N/A

5.     **Consent to trial**:  There is no mutual consent to trial before the magistrate judge.

6.     **Settlement discussions**:  No settlement discussions have yet occurred.  The parties anticipate that settlement discussions may commence upon the parties' exchange of written discovery.  A determination will be made as to whether a settlement conference is requested based on the status of ongoing negotiations.  Therefore, parties may request a settlement conference at a later date.

Submitted by,

/s/ Ronak Patel
Attorney for Plaintiff

/s/ Gregory S. Mathews
Attorney for Defendant

2