UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Macio Edwards III
                      Plaintiff,

v.                                        Case No.: 1:08−cv−00588
                                                Honorable Robert W. Gettleman

Daniel Bisgrove
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. The Parties were advised that only the district court judge maintains the authority to set the discovery cut−off deadline. Parties to submit their discovery schedule to this Court's Proposed Order box by 7/24/08. A status hearing will be set upon approval of the discovery schedule. If the parties would like to schedule a settlement conference, they are advised to call chambers to set a date. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.