UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACIO EDWARDS, III ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.  08 C 588 |
| ) | |
| **OFFICER DANIEL BISGROVE,** ) | Magistrate Judge Cox |
| **individually,** ) | |
| ) | |
| **Defendant.** ) | |

**AGREED SCHEDULING ORDER**

The parties have agreed to the following deadlines by which fact and expert discovery shall be completed in the above-captioned case:

1. All fact discovery will be completed by November 19, 2008.

2. Plaintiff(s) will designate expert witnesses and provide the disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) by December 2, 2008.

3. Plaintiff will produce disclosed expert witnesses by December 16, 2008.

4. Defendant(s) will designate expert witnesses and provide the disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) by January 6,2008, and present expert witnesses for deposition by January 20,2008.

5. Plaintiff(s) will disclose any expert rebuttal opinion(s) and by January 30, 2009.

6. Depositions of expert witnesses will be taken by and all expert discovery will be completed by January 30, 2009.

E N T E R:

_____          Dated: _____

Susan E. Cox
United States Magistrate Judge


/s/ Ronak Patel                          /s/ Gregory S. Matthews
Counsel for Plaintiff(s)                 Counsel for Defendant(s)
Dated: July 21, 2008                     Dated: July 21, 2008