UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MACIO EDWARDS, III | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.  08 C 588 |
| | ) | |
| OFFICER DANIEL BISGROVE, | ) | Magistrate Judge Cox |
| individually, | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING

TO:   Gregory S. Matthews
       Ancel Glink
       140 S. Dearborn Street, Suite 600
       Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on this 21st day of July, 2008, I caused to be filed with the Clerk of the District Court for the Northern District of Illinois, the **Agreed Scheduling Order**, a copy of which is attached hereto.

                                                          /s/Ronak D. Patel_____
                                                          Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

### CERTIFICATE OF SERVICE

   PLEASE TAKE NOTICE that on the 21st day of July, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned attorney(s) by electronically filing this notice with the United States District Court by 11:59 p.m. on above mentioned date.

                                                          /s/ Ronak D. Patel_____
                                                          Gregory E. Kulis and Associates, Ltd.