## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 C 588 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Macio Edwards III vs. Daniel Bisgrove | | |

**DOCKET ENTRY TEXT**

Enter Agreed Scheduling Order. All fact discovery will be completed by 11/19/08. Plaintiff will designate expert witnesses and provide the disclosure required pursuant to Fed.R.Civ.P. 26(a)(2) by 12/2/08. Plaintiff will produce disclosed expert witness by 12/16/08. Defendant will designate expert witnesses and provide the disclosure required pursuant to Fed.R.Civ.P. 26(a)(2) by 1/6/09, and present expert witnesses for deposition by 1/20/09. Plaintiff will disclose any expert rebuttal opinion(s) by 1/30/09. Deposition of expert witnesses will be taken by and all expert discovery will be completed by 1/30/09. Status hearing set for 10/29/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

Case 1:08-cv-00588   Document 21-2   Filed 07/25/2008   Page 2 of 2